UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY PAPI, and** | : | |
| **DONNA JAMES,** | | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:20-514 |
| v. | : | (JUDGE MANNION) |
| **SWC GROUP,** | : | |
| Defendant | : | |

### O R D E R

On September 28, 2020, the court issued an order to the law office of Atty. Joseph Sucec and to the plaintiff Larry Papi directly. (Doc. 8). This correspondence was as a result of a letter from defendant's counsel informing the court that of the passing of Attorney Joseph Sucec who was representing the plaintiffs in this matter. (Doc. 7).

The court, thereafter, directed the Clerk to mail a copy of that order, by U.S. mail to the offices of Joseph Sucec and to the address listed for the plaintiff Larry Papi. That mailing was accomplished that same day. The court's order directed the plaintiff and/or any employee of Joseph Sucec's law office to provide the court with a status regarding the continuation/representation in this civil action. The response was due on

or before October 14, 2020. To date there has been no response from the law office of Mr. Sucec nor the plaintiff Mr. Papi.

Unfortunately, In reviewing that order, it appears that the court inadvertently did not address/direct the order to co-plaintiff Donna James who, according to the docket, resides at the same address. Out of an abundance of caution, the Clerk is directed to again serve the September 28, 2010 order (Doc. 8) and this order to the law offices of Joseph Sucec and to both plaintiffs Larry Papi and Donna James, by certified mail, return receipt requested. The September 28, 2020, order should be amended to add Ms. James as a plaintiff.

The parties and/or counsel's office will be given until January 29, 2021 to notify the court of whether they intend to substitute new counsel and/or continue with this case. If no response is received by that date, the court will assume the parties will not be continuing the case and it will be dismissed, without prejudice, for lack of prosecution. No further notice will be given to the parties before dismissal.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: January 14, 2021
20-514-05