UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY PAPI, and<br>DONNA JAMES, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:20-514 |
| v. | : | (JUDGE MANNION) |
| SWC GROUP, | : | |
| Defendant | : | |

## O R D E R

On September 28, 2020 and January 14, 2021 this court issued orders to plaintiffs and their deceased attorney's law office directing them to advise the court of whether new counsel would be entering an appearance and/or the plaintiffs were going to continue prosecuting this case. The orders were served by certified mail upon both plaintiffs and the law office of deceased Attorney Joseph Sucec who had been representing the plaintiffs in this matter. (Docs. 8 & 9). The court received the proper returns of service from the U.S. mail indicating that the parties had received the orders.

Further, the court advised counsel's office and the plaintiffs that failure to respond to the court before January 29, 2021 would result in

dismissal without further notice. The court has received no response from counsel's law office nor either of the plaintiffs. The time in which to receive such notification has now long passed.

THEREFORE, this case is **DISMISSED without prejudice**. The Clerk is directed to send a copy of this order to the plaintiffs individually, to the law office of Attorney Sucec and then to close the case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 31, 2021
20-514-06